

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00672-CR

**IN RE** John **CERDA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: October 16, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On October 2, 2019, relator filed a pro se petition for writ of mandamus in which relator seeks to compel the Board of Pardons and Paroles to annul or vacate its September 10, 2019 "denial" order. This court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* TEX. GOV'T CODE § 22.221(a), (b). Therefore, we dismiss his petition for want of jurisdiction. Relator also filed a "Request for Publication," asking us to publish this opinion. We deny the request.

PER CURIAM

Do not publish

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.